**PAWB FORM 7  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 11-26358-CMB |
| JOSEPH WILLIAM GEYER    and | : | Chapter  13 |
| JODI LYNN GEYER | : | |
| Debtors | : | |
| | : | |
| JOSEPH WILLIAM GEYER | : | Related to Document Nos. 70 and 71 |
| JODI LYNN GEYER | : | |
| Movant s | : | |
| | : | |
| v. | : | Hearing Date and Time: November 16, 2016 |
| DITECH FINANCIAL, LLC, | : | @ 10:00 A.M. |
| RONDA J. WINNECOUR, ESQUIRE, TRUSTEE | : | |
| UNITED STATES TRUSTEE | : | |
| | : | |
| Respondents | : | |

**AMENDED
CERTIFICATE OF SERVICE OF OBJECTION TO NOTICE OF MORTGAGE
PAYMENT CHANGE AND NOTICE OF HEARING WITH RESPONSE
DEADLINE ON OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on October 7, 2016.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: October 10, 2016

By:  **/s/Coleen A. Jeffrey**
Coleen A. Jeffrey, Esquire
Scott B. Lang & Associates
535 Clairton Boulevard
Pittsburgh, PA  15236
(412) 655-8500
PA ID #53488

Service by Electronic Notification
Joshua I. Goldman, Esquire (appearance filed October 6, 2016)
jgoldman@kmllawgroup.com