IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 11-26358-CMB |
| | ) | |
| JOSEPH WILLIAM GEYER and | ) | |
| JODI LYNN GEYER | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |
| | ) | |
| JOSEPH WILLIAM GEYER | ) | Related to Docket No. 71 |
| JODI LYNN GEYER | ) | |
| Movants | ) | |
| | ) | |
| DITECH FINANCIAL LLC, | ) | |
| RONDA J. WINNECOUR, ESQUIRE, | ) | |
| TRUSTEE, UNITED STATES | ) | |
| TRUSTEE | ) | |
| Respondents | ) | |

## STIPULATED AND AGREED ORDER OF COURT

Ditech Financial LLC ("Ditech") and Joseph William Geyer and Jodi Lynn Geyer (the "Debtors"), by and through their undersigned counsel hereby submit this Stipulated and Agreed Order of Court (the "Agreed Order").

WHEREAS, the Debtors filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on October 13, 2011.

WHEREAS, on September 2, 2016, Ditech filed a Notice of Mortgage Payment Change.

WHEREAS, on September 22, 2016, the Debtors filed their *Objection to Notice of Mortgage Payment Change* [Dkt. No. 70] (the "Objection").

WHEREAS, Ditech's response to the Objection is due October 24, 2016 and the hearing is currently scheduled for November 16, 2016.

WHEREAS, Ditech and the Debtors have conferred and agreed to reschedule Ditech's response deadline to the Objection until December 14, 2016 and reschedule the hearing on the

- 2 -

Objection until December 21, 2016 at 11:00 a.m. while the parties attempt to consensually resolve the Objection.

## STIPULATION AND AGREED ORDER

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. Ditech's deadline to respond to the Objection is extended until December 21, 2016; and

2. The hearing on the Objection is extended until December 21, 2016 at 11:00 a.m.

DATED:  October 20, 2016

**AGREED TO AND ACCEPTED BY:**

| | |
|---|---|
| REED SMITH LLP | Scott B. Lang & Associates, P.C. |
| | |
| */s/ Jared S. Roach* | */s/ Coleen A. Jeffrey* |
| Jared S. Roach | Coleen A. Jeffrey, Esquire |
| 225 Fifth Avenue, Suite 1200 | 535 Clairton Boulevard |
| Pittsburgh, PA  15222 | Pittsburgh, PA  15236 |
| Tel:  412-288-3131 | Tel:  412-655-8500 |
| PA ID 307541 | PA ID 53488 |
| Email:  jroach@reedsmith.com | Email:  langlaw.lang@gmail.com |
| | |
| *Counsel to Ditech Financial LLC* | *Counsel to Debtors* |

BY THE COURT:

_____J.
The Honorable Carlota M. Böhm
United States Bankruptcy Court