IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 11-26358-CMB |
| | ) | |
| JOSEPH WILLIAM GEYER and | ) | |
| JODI LYNN GEYER | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |
| | ) | |
| JOSEPH WILLIAM GEYER | ) | Related to Docket No. 71 |
| JODI LYNN GEYER | ) | |
| Movants | ) | |
| | ) | |
| DITECH FINANCIAL LLC, | ) | |
| RONDA J. WINNECOUR, ESQUIRE, | ) | |
| TRUSTEE, UNITED STATES | ) | |
| TRUSTEE | ) | |
| Respondents | ) | |

**STIPULATED AND AGREED ORDER OF COURT**

Ditech Financial LLC ("Ditech") and Joseph William Geyer and Jodi Lynn Geyer (the "Debtors"), by and through their undersigned counsel hereby submit this Stipulated and Agreed Order of Court (the "Agreed Order").

WHEREAS, the Debtors filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on October 13, 2011.

WHEREAS, on September 2, 2016, Ditech filed a Notice of Mortgage Payment Change.

WHEREAS, on September 22, 2016, the Debtors filed their *Objection to Notice of Mortgage Payment Change* [Dkt. No. 70] (the "Objection").

WHEREAS, Ditech's response to the Objection is due October 24, 2016 and the hearing is currently scheduled for November 16, 2016.

WHEREAS, Ditech and the Debtors have conferred and agreed to reschedule Ditech's response deadline to the Objection until December 14, 2016 and reschedule the hearing on the

Objection until December 21, 2016 at 11:00 a.m. while the parties attempt to consensually resolve the Objection.

## STIPULATION AND AGREED ORDER

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. Ditech's deadline to respond to the Objection is extended until December 14, 2016; and

2. The hearing on the Objection is extended until December 21, 2016 at 11:00 a.m.

Dated: October 24, 2016

**AGREED TO AND ACCEPTED BY:**

| | |
|---|---|
| REED SMITH LLP | Scott B. Lang & Associates, P.C. |
| /s/ Jared S. Roach | /s/ Coleen A. Jeffrey |
| Jared S. Roach | Coleen A. Jeffrey, Esquire |
| 225 Fifth Avenue, Suite 1200 | 535 Clairton Boulevard |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15236 |
| Tel: 412-288-3131 | Tel: 412-655-8500 |
| PA ID 307541 | PA ID 53488 |
| Email: jroach@reedsmith.com | Email: langlaw.lang@gmail.com |
| *Counsel to Ditech Financial LLC* | *Counsel to Debtors* |

BY THE COURT:

[signature]

The Honorable Carlota M. Böhm
United States Bankruptcy Court

FILED
10/24/16 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania
In re:                                                         Case No. 11-26358-CMB
Joseph William Geyer                                           Chapter 13
Jodi Lynn Geyer
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: kthe                  Page 1 of 1                  Date Rcvd: Oct 24, 2016
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2016.
db/jdb         +Joseph William Geyer, Jr.,    Jodi Lynn Geyer,    451 Cedar Drive,    Elizabeth, PA 15037-2167

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2016 at the address(es) listed below:
              Coleen A. Jeffrey    on behalf of Debtor Joseph William Geyer, Jr. langlaw@libcom.com,
               langlaw.lang@gmail.com
              Coleen A. Jeffrey    on behalf of Joint Debtor Jodi Lynn Geyer langlaw@libcom.com,
               langlaw.lang@gmail.com
              Jared S. Roach    on behalf of Creditor    Ditech Financial LLC jroach@reedsmith.com,
               bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    Bank of America. N.A. pawb@fedphe.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    Bank of America. N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 10