IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-26358-JKF |
| | § | |
| JOSEPH WILLIAM GEYER JR | § | |
| JODI LYNN GEYER | § | CHAPTER 13 |
|     DEBTOR(S) | § | |
| | § | |
| DITECH FINANCIAL LLC | § | |
|     CREDITOR | § | |
| VS | § | |
| JOSEPH WILLIAM GEYER JR | § | |
| JODI LYNN GEYER | § | |
|     RESPONDENTS | § | |

NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Creditor, **Ditech Financial LLC**, as servicing agent for Ditech Financial LLC, ("Creditor"), desires to withdraw its **Notice of Mortgage Payment Change (Claim #9-1)** in the amount of **$3,893.01** filed on **September 1, 2016** without prejudice to refiling at a later date.

Dated: December 8, 2016

Respectfully submitted,
Buckley Madole, P.C.

Julian Cotton
14841 Dallas Parkway, Suite 300
Dallas, Texas 752540
(972) 643-6724
(972) 643-6698 (Telecopier)
Email: Julian.cotton@BuckleyMadole.com
Authorized Agent for Ditech Financial LLC

FILED 2016 DEC 12 A 9:44 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

3170-N-6389

**CERTIFICATE OF SERVICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 8, 2016 via electronic notice unless otherwise stated:

**Debtor**    *Via U.S. Mail*
Joseph William Geyer Jr
451 Cedar Dr
Elizabeth, PA 15037-2167

**Co-Debtor**    *Via U.S. Mail*
Jodi Lynn Geyer
451 Cedar Dr
Elizabeth PA 15037-2167

**Debtors' Attorney**
Coleen A. Jeffrey
Attorney At Law
535 Clairton Blvd # 1
Pittsburgh, PA  15236-3809

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219

Respectfully Submitted,

Julian Cotton