# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  JOSEPH WILLIAM GEYER, JR.<br>JODI LYNN GEYER<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  JOSEPH WILLIAM GEYER, JR.<br>JODI LYNN GEYER<br><br>     Respondents | Case No. 11-26358CMB<br><br>Chapter 13<br><br>Related to:<br>Document No. 92 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __25th__ day of __January__, 20__17__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Steel Valley School District
Attn : Payroll Manager
3113 Main St
Homestead, PA 15120

is hereby ordered to immediately terminate the attachment of the wages of JODI LYNN GEYER, social security number XXX-XX-2421. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JODI LYNN GEYER.

~~FURTHER ORDERED~~:

BY THE COURT,

*Carlota M. Böhm* kmt

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
1/25/17 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 11-26358-CMB
Joseph William Geyer                                            Chapter 13
Jodi Lynn Geyer
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: kthe                  Page 1 of 1                  Date Rcvd: Jan 25, 2017
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2017.
```
jdb            +Jodi Lynn Geyer,    451 Cedar Drive,    Elizabeth, PA 15037-2167
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2017 at the address(es) listed below:
```
              Coleen A. Jeffrey    on behalf of Debtor Joseph William Geyer, Jr. langlaw@libcom.com,
               langlaw.lang@gmail.com
              Coleen A. Jeffrey    on behalf of Joint Debtor Jodi Lynn Geyer langlaw@libcom.com,
               langlaw.lang@gmail.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jared S. Roach    on behalf of Creditor    Ditech Financial LLC jroach@reedsmith.com,
               bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    Bank of America. N.A. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    Bank of America. N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 11
```