**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  JOSEPH WILLIAM GEYER, JR.<br>  JODI LYNN GEYER<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>          Movant<br>               vs.<br>  JOSEPH WILLIAM GEYER, JR.<br>  JODI LYNN GEYER<br><br>          Respondents | Case No. 11-26358CMB<br><br>Chapter 13<br><br>Related to:<br>Document No. 92 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  25th  day of  January , 20 17, it is hereby ORDERED, ADJUDGED, and DECREED that,

Steel Valley School District
Attn : Payroll Manager
3113 Main St
Homestead, PA 15120

is hereby ordered to immediately terminate the attachment of the wages of JODI LYNN GEYER, social security number XXX-XX-2421. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JODI LYNN GEYER.

~~FURTHER ORDERED~~:

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT,

*Carlota M. Böhm*  kmt

UNITED STATES BANKRUPTCY JUDGE

FILED
1/25/17 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joseph William Geyer
Jodi Lynn Geyer
  Debtors

Case No. 11-26358-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2  User: kthe  Page 1 of 1  Date Rcvd: Jan 25, 2017
  Form ID: pdf900  Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2017.
jdb  +Jodi Lynn Geyer, 451 Cedar Drive, Elizabeth, PA 15037-2167
   +Steel Valley School District, Attn: Payroll Manager, 3113 Main Street,
    Homestead, PA 15120-2796

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.  TOTAL: 0

  ***** BYPASSED RECIPIENTS *****
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2017 at the address(es) listed below:
  Coleen A. Jeffrey  on behalf of Joint Debtor Jodi Lynn Geyer langlaw@libcom.com,
   langlaw.lang@gmail.com
  Coleen A. Jeffrey  on behalf of Debtor Joseph William Geyer, Jr. langlaw@libcom.com,
   langlaw.lang@gmail.com
  James Warmbrodt  on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com
  Jared S. Roach  on behalf of Creditor Ditech Financial LLC jroach@reedsmith.com,
   bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com
  Jeffrey R. Hunt  on behalf of Creditor Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
  Joseph P. Schalk  on behalf of Creditor GREEN TREE SERVICING LLC pawb@fedphe.com,
   joseph.schalk@phelanhallinan.com
  Joshua I. Goldman  on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com
  Mario J. Hanyon  on behalf of Creditor Bank of America. N.A. pawb@fedphe.com
  Office of the United States Trustee  ustpregion03.pi.ecf@usdoj.gov
  Robert P. Wendt  on behalf of Creditor Bank of America. N.A. pawb@fedphe.com
  Ronda J. Winnecour  cmecf@chapter13trusteewdpa.com
                             TOTAL: 11