SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## <u>INTO REGISTRY ACCOUNT</u>

**TO:**    *1.  Intake Clerk ***

   *2.  Case Administrator*



**FROM:**  *Financial Administrator*

**DATE:**  2/13/2017

**CASE NAME:**  Geyer

**CASE NUMBER:**  11-26358- CMB

Check Number 1026768 in the amount of $ 30.03 was received this date and placed in an existing registry account of unclaimed funds.

**Receipt Number:** 12379     Intake Clerk's Initials LF

***   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD</u> <u>TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.***

*#4b-F*

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

### U.S. STEEL TOWER - SUITE 3250
### 600 GRANT STREET
### PITTSBURGH, PA 15219
### TELEPHONE: (412) 471-5566
### FAX: (412) 471-5470
### Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
02/09/2017

Michael R. Rhodes, Esquire                    OR        Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court                              Clerk, US Bankruptcy Court
5414 U.S. Steel Tower                                   U.S. Courthouse, Room B160
600 Grant Street                                        17 South Park Row
PIttsburgh, PA 15219                                    Erie, PA 16501

Re: JOSEPH WILLIAM GEYER, JR.
JODI LYNN GEYER
Case No: 11-26358CMB

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance
with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Afni Inc**++
404 Brock Dr
Pob 3667
Bloomington, IL 61702-3667

CHECK NUMBER 1026768        AMOUNT $30.03

The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court
for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:COLEEN A JEFFREY ESQ
JOSEPH WILLIAM GEYER, JR.
JODI LYNN GEYER
Afni Inc**++