2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 11-26358-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Joseph William Geyer<br>451 Cedar Drive<br>Elizabeth PA 15037 | Jodi Lynn Geyer<br>451 Cedar Drive<br>Elizabeth PA 15037 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/17/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Green Tree Servicing LLC, PO Box 0049, Palatine, IL 60055-0049 | Ditech Financial LLC f/k/a Green Tree Servicing LLC<br>P.O. Box 6154<br>Rapid City, South Dakota 57709-6154 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  02/23/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-26358-CMB
Joseph William Geyer                                                    Chapter 13
Jodi Lynn Geyer
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: lfin              Page 1 of 1              Date Rcvd: Feb 21, 2017
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 13648385      E-mail/Text: bankruptcy.bnc@ditech.com Feb 22 2017 02:07:07     Green Tree Servicing LLC,
               PO Box 0049,   Palatine, IL 60055-0049
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:
          Coleen A. Jeffrey    on behalf of Debtor Joseph William Geyer, Jr. langlaw@libcom.com,
           langlaw.lang@gmail.com
          Coleen A. Jeffrey    on behalf of Joint Debtor Jodi Lynn Geyer langlaw@libcom.com,
           langlaw.lang@gmail.com
          James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Jared S. Roach    on behalf of Creditor    Ditech Financial LLC jroach@reedsmith.com,
           bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Mario J. Hanyon    on behalf of Creditor    Bank of America. N.A. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert P. Wendt    on behalf of Creditor    Bank of America. N.A. pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 11