IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 11-26358 CMB |
| JOSEPH WILLIAM GEYER | : | Chapter 13 |
| JODI LYNN GEYER | : | |
| Debtors | : | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in bankruptcy within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On December 7, 2016 at docket number 80 the Debtor, Joseph William Geyer complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certificate of Completion of Postpetition Instructional Course in Personal Financial Management,* with the *Certificate of Completion* attached to the form. On December 7, 2016 at docket number 79, the Debtor, Jodi Lynn Geyer complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certificate of Completion of Postpetition Instructional Course in Personal Financial Management,* with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support

of this Certification.

Date: February 28, 2017  /s/ *Coleen A. Jeffrey*
Coleen A. Jeffrey, Esquire PA ID #53488
Scott B. Lang & Associates
535 Clairton Boulevard
Pittsburgh, PA  15236
(412) 655-8500
langlaw.lang@gmail.com