**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Joseph William Geyer Jr.
Jodi Lynn Geyer**
Debtor(s)

Bankruptcy Case No.: 11−26358−CMB

Chapter: 13
Docket No.: 106 − 105

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 27th day of February, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/29/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **4/12/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/29/17.**

                                                            Carlota M. Bohm
                                                            United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                        Case No. 11-26358-CMB
Joseph William Geyer                                          Chapter 13
Jodi Lynn Geyer
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: kthe                 Page 1 of 2          Date Rcvd: Feb 27, 2017
                              Form ID: 408               Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
```
db/jdb         +Joseph William Geyer, Jr.,    Jodi Lynn Geyer,    451 Cedar Drive,    Elizabeth, PA 15037-2167
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr              ECMC,    P.O. Box 75906,    St. Paul, MN  55175
13203524       +AES,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13251061       +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13236580       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13203525      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit,    P.O. Box 183834,    Arlington, TX 76096)
13241515       +BANK OF AMERICA, N.A., ETAL,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
13203526       +Bank of America,    P.O. Box 15222,    Wilmington, DE 19886-5222
13203533      ++CITIBANK,    PO BOX 790328,    ST LOUIS MO 63179-0328
               (address filed with court: Home Depot Credit Services,    P.O. Box 653000,
                 Dallas, TX 75265-3000)
13203527       +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
13203528        Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13284190       +County of Allegheny,    % Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6107
13203529       +Direct Loan Servicing System,    P.O. Box 5609,    Greenville, TX 75403-5609
13273255        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13203532       +Guardian Protection,    c/o GJ Allard Esq,    24 Regency Plaza,    Glen Mills PA 19342-1001
13203534        HSBC Card Services,    P.O. Box 17332,    Baltimore, MD 21297-1332
13203535        Jefferson Regional Medical Center,    P.O. Box 3475,    Toledo, OH 43607-0475
13203536       +Keystone Collections Group,    546 Wendel Road,    C/O Litigation Department,
                 Irwin, PA 15642-7539
13203538      #+Sleep Disorder Associates,    1200 Brooks Lane,    Suite 130,    Clairton, PA 15025-3749
13553844        United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973
13203539       +World Financial Network,    P.O. Box 182119,    Columbus, OH 43218-2119
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Feb 28 2017 02:48:43     Ditech Financial LLC,
                 PO BOX 6154,    RAPID CITY, SD 57709-6154
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2017 02:55:09
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr              E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:49
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13205834       +E-mail/Text: EBNProcessing@afni.com Feb 28 2017 02:49:33     Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
13203530        E-mail/Text: mrdiscen@discover.com Feb 28 2017 02:48:20     Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
13207441        E-mail/Text: mrdiscen@discover.com Feb 28 2017 02:48:20     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
14366466        E-mail/Text: bankruptcy.bnc@ditech.com Feb 28 2017 02:48:43
                 Ditech Financial LLC f/k/a Green Tree,    Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13295453        E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:48     Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13527238        E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:49     Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13648385        E-mail/Text: bankruptcy.bnc@ditech.com Feb 28 2017 02:48:43     Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL 60055-0049
13203537       +E-mail/Text: bankruptcy@marineone.com Feb 28 2017 02:48:10     Marine One,    5000 Quorum Drive,
                 Suite 200,    Dallas, TX 75254-7405
13537034        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2017 02:54:38     Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
13215434        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 02:54:41
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13270282        E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:49     Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13240427        E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2017 02:48:54
                 Quantum3 Group LLC as agent for,    Elite Recovery Acquisitions LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13243883        E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:49
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13214009        E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2017 02:48:54
                 World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 17
```

```
District/off: 0315-2          User: kthe              Page 2 of 2                Date Rcvd: Feb 27, 2017
                              Form ID: 408            Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             Bank of America. N.A.
cr             Ditech Financial LLC
cr*           +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*            GREEN TREE SERVICING LLC,   PO BOX 0049,   PALATINE, IL  60055-0049
13214087*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court:   AmeriCredit Financial Services, Inc.,   PO Box 183853,
                Arlington, Texas  76096)
13537766*      Midland Funding LLC,   by American InfoSource LP as agent,   PO Box 4457,
                Houston, TX  77210-4457
13538088*      Midland Funding LLC,   by American InfoSource LP as agent,   PO Box 4457,
                Houston, TX  77210-4457
13280313*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,   PO Box 12914,
                Norfolk VA 23541)
13203531     ##+ER Solutions, Inc.,   10750 Hammerly Boulevard,   #200,   Houston, TX 77043-2317
                                                                               TOTALS: 3, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
          Coleen A. Jeffrey    on behalf of Joint Debtor Jodi Lynn Geyer langlaw@libcom.com,
            langlaw.lang@gmail.com
          Coleen A. Jeffrey    on behalf of Debtor Joseph William Geyer, Jr. langlaw@libcom.com,
            langlaw.lang@gmail.com
          James   Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          Jared S. Roach    on behalf of Creditor   Ditech Financial LLC jroach@reedsmith.com,
            bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Joseph P. Schalk    on behalf of Creditor   GREEN TREE SERVICING LLC pawb@fedphe.com,
            joseph.schalk@phelanhallinan.com
          Joshua I. Goldman    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          Mario J. Hanyon    on behalf of Creditor   Bank of America. N.A. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert P. Wendt    on behalf of Creditor   Bank of America. N.A. pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```