# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOSEPH WILLIAM GEYER, JR.<br>JODI LYNN GEYER<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Repondents. | Case No.:11-26358<br><br>Chapter 13<br>Related to:<br>Document No.: 105<br><br>**ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this __6th__ day of __April__, 20__17__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    kmt

FILED
4/6/17 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                        Case No. 11-26358-CMB
Joseph William Geyer                                                                          Chapter 13
Jodi Lynn Geyer
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr                    Page 1 of 2                     Date Rcvd: Apr 06, 2017
                              Form ID: pdf900               Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2017.
```
db/jdb         +Joseph William Geyer, Jr.,    Jodi Lynn Geyer,    451 Cedar Drive,    Elizabeth, PA 15037-2167
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr              ECMC,    P.O. Box 75906,    St. Paul, MN  55175
13203524       +AES,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13251061       +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13236580       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13203525      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit,    P.O. Box 183834,    Arlington, TX 76096)
13241515       +BANK OF AMERICA, N.A., ETAL,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
13203526       +Bank of America,    P.O. Box 15222,    Wilmington, DE 19886-5222
13203533      ++CITIBANK,    PO BOX 790328,    ST LOUIS MO 63179-0328
               (address filed with court: Home Depot Credit Services,    P.O. Box 653000,
                 Dallas, TX 75265-3000)
13203527       +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
13203528        Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13284190       +County of Allegheny,    % Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6107
13203529       +Direct Loan Servicing System,    P.O. Box 5609,    Greenville, TX 75403-5609
13273255        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13203532       +Guardian Protection,    c/o GJ Allard Esq,    24 Regency Plaza,    Glen Mills PA 19342-1001
13203534        HSBC Card Services,    P.O. Box 17332,    Baltimore, MD 21297-1332
13203535        Jefferson Regional Medical Center,    P.O. Box 3475,    Toledo, OH 43607-0475
13203536       +Keystone Collections Group,    546 Wendel Road,    C/O Litigation Department,
                 Irwin, PA 15642-7539
13553844        United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973
13203539       +World Financial Network,    P.O. Box 182119,    Columbus, OH 43218-2119
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Apr 07 2017 01:16:58      Ditech Financial LLC,
                 PO BOX 6154,    RAPID CITY, SD 57709-6154
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2017 01:19:37
                 Midland Funding LLC by American InfoSource LP as a,     PO Box 4457,    Houston, TX  77210-4457
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2017 01:12:35
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13205834       +E-mail/Text: EBNProcessing@afni.com Apr 07 2017 01:17:30      Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
13203530        E-mail/Text: mrdiscen@discover.com Apr 07 2017 01:16:49      Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
13207441        E-mail/Text: mrdiscen@discover.com Apr 07 2017 01:16:49      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
14366466        E-mail/Text: bankruptcy.bnc@ditech.com Apr 07 2017 01:16:58
                 Ditech Financial LLC f/k/a Green Tree,    Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13295453        E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2017 01:12:25      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13527238        E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2017 01:12:25      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13648385        E-mail/Text: bankruptcy.bnc@ditech.com Apr 07 2017 01:16:58      Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL 60055-0049
13203537       +E-mail/Text: bankruptcy@marineone.com Apr 07 2017 01:16:48      Marine One,    5000 Quorum Drive,
                 Suite 200,    Dallas, TX 75254-7405
13537034        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2017 01:19:37      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
13215434        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2017 01:19:31
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13270282        E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2017 01:12:26      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13240427        E-mail/Text: bnc-quantum@quantum3group.com Apr 07 2017 01:17:03
                 Quantum3 Group LLC as agent for,    Elite Recovery Acquisitions LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13243883        E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2017 01:12:26
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13214009        E-mail/Text: bnc-quantum@quantum3group.com Apr 07 2017 01:17:03
                 World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 17
```

```
District/off: 0315-2          User: gamr              Page 2 of 2              Date Rcvd: Apr 06, 2017
                              Form ID: pdf900         Total Noticed: 38
```

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr                Allegheny County
cr                Bank of America. N.A.
cr                Ditech Financial LLC
cr*              +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA  17105-8147
cr*               GREEN TREE SERVICING LLC,    PO BOX 0049,    PALATINE, IL  60055-0049
13214087*       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX  76096-3853
                 (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                   Arlington, Texas  76096)
13537766*        Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                   Houston, TX  77210-4457
13538088*        Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                   Houston, TX  77210-4457
13280313*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA  23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 12914,
                   Norfolk VA  23541)
13203531        ##+ER Solutions, Inc.,    10750 Hammerly Boulevard,    #200,    Houston, TX 77043-2317
13203538        ##+Sleep Disorder Associates,    1200 Brooks Lane,    Suite 130,    Clairton, PA 15025-3749
                                                                                 TOTALS: 3, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2017 at the address(es) listed below:
```
          Coleen A. Jeffrey    on behalf of Joint Debtor Jodi Lynn Geyer langlaw@libcom.com,
           langlaw.lang@gmail.com
          Coleen A. Jeffrey    on behalf of Debtor Joseph William Geyer, Jr. langlaw@libcom.com,
           langlaw.lang@gmail.com
          James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Jared S. Roach    on behalf of Creditor    Ditech Financial LLC jroach@reedsmith.com,
           bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
          Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Mario J. Hanyon    on behalf of Creditor    Bank of America. N.A. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert P. Wendt    on behalf of Creditor    Bank of America. N.A. pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```